IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 13-cv-00593-RBJ-KLM

CELESTE BIOLA-KELLY,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

---

### ORDER DISMISSING PLAINTIFF'S FIRST AND THIRD CLAIMS FOR RELIEF

---

This matter comes before the Court on Defendant's Motion to Dismiss Plaintiff's First and Third Claims for Relief and Plaintiff's Stipulation to Dismiss her First and Third Claims for Relief and having reviewed the Pleadings and the file herein, the Court hereby Orders that Plaintiff's First and Third Claims for Relief are hereby Dismissed.

DATED: 3/26/2013

BY THE COURT:

*/s/ Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge