## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-00593-RBJ-KLM

**CELESTE BIOLA-KELLY,**

    Plaintiff,

v.

**TARGET CORPORATION**

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

This matter, having come before this Court on the parties' Stipulated Motion to Dismiss with Prejudice, and the Court being adequately advised,

Orders that this matter be and hereby is dismissed with prejudice, each party to bear her/his/its own costs and expenses.

Dated: May 9, 2013.

BY THE COURT:

*/s/ Brooke Jackson*

_____

R. Brooke Jackson
United States District Judge